UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Joseph Cappiello,

V.                                    CIVIL ACTION NO. 1:23-cv-12124-MJJ

M&T Bank.

### ORDER OF DISMISSAL

JOUN, D.J.

In accordance with this Court's memorandum of decision dated February 18, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

February 18, 2025                              /s/ Steve K. York
                                               ---------------------------
                                               **Deputy Clerk**